UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:11-CR-00103-LRH-VPC |
| Respondent/Plaintiff, | ) | |
| v. | ) | <u>MINUTE ORDER</u> |
| RYAN MILLS, | ) | |
| | ) | July 19, 2013 |
| Petitioner/Defendant. | ) | |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>  NONE APPEARING  </u>    REPORTER: <u>  NONE APPEARING  </u>

COUNSEL FOR RESPONDENT/PLAINTIFF: <u>    NONE APPEARING    </u>

COUNSEL FOR PETITIONER/DEFENDANT: <u>    NONE APPEARING    </u>

**MINUTE ORDER IN CHAMBERS**:

      Before the court is Petitioner/Defendant's First Unopposed Motion for Extension of Time to File Reply to Government's Response (#38)[1]. Given that the briefing schedule established by Minute Order #35 does indeed take precedent over the automated docket entry date,

      IT IS HEREBY ORDERED that Petitioner/Defendant's reply in support of his Motion to Vacate (#32) shall be filed with the court on or before Friday, July 26, 2013.

      IT IS SO ORDERED.

                                        LANCE S. WILSON, CLERK

                                        By: <u>      /s/      </u>
                                                  Deputy Clerk

---

[1] Refers to court's docket number.